**Order entered December 31, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01099-CV

## IN RE YANIKA DANIELS, Relator

**Original Proceeding from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-52923-2021**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's amended petition for writ of mandamus. We **DENY** relator's amended emergency motion for temporary relief.

/Lana Myers//
LANA MYERS
JUSTICE